**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LANNAN TECHNOLOGIES, LLC, a
Florida limited liability company,

     Plaintiff,

v.                                  Case No. 3:24-CV-00487

CLINICAL HEALTH NETWORK FOR
TRANSFORMATION, INC., a Delaware
corporation, AARON CAINE, WIN WIN
CONSULTING, LLC, a Massachusetts
limited liability company, and WIN WIN
ADVISORS, INC., a Massachusetts
corporation,

     Defendants.

_____

**<u>Win Win Consulting, LLC and Win Win Advisors, Inc.'s</u>**
**<u>Amended Disclosure Statement</u>**
**<u>Under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03</u>**

1.    Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

       ☐    No.

       ☒    Yes, and

              ☐    These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

              ☒    The filer has no parent corporation.

☒ No publicly held corporation owns 10% or more of the filer's shares.

2.  Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐ No.

☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

WIN WIN CONSULTING, LLC
Citizenship: Massachusetts

WIN WIN ADVISORS, INC.
Citizenship: Massachusetts

a.  Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☐ No.

☒ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b.  Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c.  Is the filer an insurer?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☐ No.

☒ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f. Has the filer identified any natural person?

☒ No.

☐ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

Lannan Technologies, LLC
c/o Rick Duarte, Esq.
Burr & Forman LLP
201 N Franklin Street, Suite 3200
Tampa, Florida 33602

Charles Lannan
c/o Rick Duarte, Esq.
Burr & Forman LLP
201 N Franklin Street, Suite 3200
Tampa, Florida 33602

Ricardo "Rick" Duarte, Esq.
Burr & Forman LLP
201 N Franklin Street, Suite 3200
Tampa, Florida 33602

Clinical Health Network for Transformation, LLC
c/o Justin O. Kay, Esq.
Faegre Drinker Biddle & Reath LLP
320 S Canal Street, Suite 3300
Chicago, Illinois 60606

Justin O. Kay, Esq.
Faegre Drinker Biddle & Reath LLP
320 S Canal Street, Suite 3300
Chicago, Illinois 60606

Aaron Caine
c/o Shyamie Dixit, Esq.
Dixit Law, P.A.
3030 N Rocky Point Drive W, Suite 430
Tampa, Florida 33607

Shyamie Dixit, Esq.
Dixit Law, P.A.
3030 N Rocky Point Drive W, Suite 430
Tampa, Florida 33607

Charles Field
c/o Samantha Orender, Esq.
Orender Law, PLLC
3832 Baymeadows Road, Suite 10 #112

Jacksonville, Florida 32217

Samantha Orender, Esq.
Orender Law, PLLC
3832 Baymeadows Road, Suite 10 #112
Jacksonville, Florida 32217

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒ No.

☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

☒ No.

☐ Yes, and the debtor is [].

☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

☒ No.

☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

☒ No.

☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒ Yes.

Signed:

ORENDER LAW, PLLC

By: /s/ Samantha A. Orender
SAMANTHA A. ORENDER
Florida Bar No.: 0056644

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of July 2024, a true and correct copy of the foregoing has been filed via the ECF/PACER which will send an electronic notification to all counsel of record.

ORENDER LAW, PLLC

By: /s/ Samantha A. Orender
SAMANTHA A. ORENDER
Florida Bar No.: 0056644
3832 Baymeadows Road
Suite 10 #112
Jacksonville, Florida 32217
Telephone: (904) 625-7165
samantha@orenderlaw.com
service@orenderlaw.com

*Counsel for WIN WIN Consulting, LLC,
and WIN WIN ADVISORS, Inc.*