UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANNAN TECHNOLOGIES, LLC, a
Florida limited liability company,

      Plaintiff,

                                                CASE NO:  3:24-CV-00487

vs.

CLINICAL HEALTH NETWORK FOR
TRANSFORMATION, INC., a Delaware corporation,
AARON CAINE, WIN WIN CONSULTING, LLC, a
Massachusetts limited liability company, and WIN
WIN ADVISORS, INC., a Massachusetts corporation,

      Defendants.

_____/

## MEDIATOR RESULTS REPORT

A mediation conference was held on November 11, 2024 and all required persons were in attendance. The results of the Mediation Conference are as follows:

RESULTS:
- ☒ Matter was fully settled.
- ☐ Partial agreement. See comments below.
- ☐ No agreement was reached. See comments below.

COMMENTS:

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed electronically with the Clerk of Court utilizing Florida Court's E-Filing Portal system and in compliance with Florida Rules of Judicial Administration 2.515 and 2.516(3), which will automatically transmit an electronic copy to counsel of record.

                                    Respectfully Submitted:

                                    */s/ Christopher L. Griffin*
                                    Christopher L. Griffin, Mediator
                                    Florida Mediator Number 35934R
                                    Griffin Mediation, LLC
                                    (813) 314-7449
                                    Email:  chris@chrisgriffinmediation.com
                                    Email: support@chrisgriffinmediation.com